# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL DUNSCOMB,<br><br>        Plaintiff,<br><br>    v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>        Defendant. | Case No. 3:12-cv-03119 NC<br><br>**STANDBY ORDER OF DISMISSAL** |

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pending deadlines. The parties are required to file a stipulation of dismissal by **December 14, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 19, at 2:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

    DATED:   October 25, 2012

                                                      NATHANAEL M. COUSINS
                                                    United States Magistrate Judge