UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL DUNSCOMB,<br><br>       Plaintiff,<br><br>    v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>       Defendant. | Case No. 12-cv-03119 NC<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE A STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 19 |

On December 21, 2012, the parties filed a stipulation requesting an extension of time to file a stipulation of dismissal. The Court previously ordered the parties to file a stipulation of dismissal by December 14, 2012 or to appear at a show cause hearing on December 19, 2012; neither occurred. Nevertheless, because the parties assert that good cause excuses their tardiness and the settlement documents have not been executed, the Court grants the parties' request for an extension. Accordingly, the parties must file a stipulation of dismissal by January 11, 2013 at 5:00 p.m. or appear on January 16, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Ave, San Francisco and show cause why this case should not be dismiss. Failure to comply with this Order will result in dismissal of the case.

    IT IS SO ORDERED.

    DATED: December 21, 2012

                                          Nathanael M. Cousins
                                          United States Magistrate Judge