# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL DUNSCOMB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 12-cv-03119 NC<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE A STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 21 |

On January 11, 2013, the parties filed a stipulation requesting an extension of time to file a stipulation of dismissal. Because the parties assert that good cause excuses their tardiness and the settlement documents have not been executed, the Court grants the parties' request for an extension. Accordingly, the parties must file a stipulation of dismissal by February 5, 2013 at 5:00 p.m. or appear on February 6, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Ave, San Francisco and show cause why this case should not be dismissed. Failure to comply with this Order will result in dismissal of the case.

IT IS SO ORDERED.

DATED: January 15, 2013

　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge