1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   PAUL DUNSCOMB,
6

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION

9

10 PAUL DUNSCOMB,                    )   Case No. 3:12-cv-03119-NC
                                     )
11     Plaintiff,                    )
                                     )   [PROPOSED] ORDER OF
12     vs.                           )   DISMISSAL WITH PREJUDICE
                                     )   PLAINTIFF AND DEFENDANT
13                                   )
   DIVERSIFIED COLLECTION            )
14 SERVICES, INC.,                   )
                                     )
15     Defendants.                   )

16

17     PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of

18 Plaintiff PAUL DUNSCOMB against Defendant DIVERSIFIED COLLECTION

19 SERVICES, INC. are dismissed, with prejudice.  Plaintiff PAUL DUNSCOMB

20 and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear

21 their own costs and attorneys' fees.

22

23 Date:  February 5, 2013          _____
                                    JUDGE, United States District Court,
24                                  Northern District of California

25                                  [GRANTED — Judge Nathanael M. Cousins]

[PROPOSED] ORDER OF DISMISSAL – 3: 12-CV -03119-NC

- 1 -